Cornelius L. WATSON, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 70406.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 22, 1996.

Dave Hemingway, Asst. Public Defender, St. Louis, for movant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Assistant Attorney, Jefferson City, for respondent/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Movant appeals from the motion court's dismissal of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).